Craig K. Perry, Esq.
Nevada Bar # 003786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Fax (702) 943-7520
info@1stoplawfirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kirby Spencer,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MRS BPO, LLC, a foreign limited-liability company, doing business in Nevada,<br><br>　　　　　　　　　　　Defendant. | CASE NO.: 2:14-cv-01833-MMD-GWF<br><br>STIPULATION SETTING TIME FOR INITIAL DISCLOSURES TO BE SUBMITTED |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

Time for Initial Disclosures In General. The Plaintiff and Defendant shall each make initial disclosures, providing information required by Fed. R. Civ. P. 26(a)(1), on or before January 15, 2015.

///

///

-1-

Dated this 14th day of January, 2015.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
CRAIG K. PERRY, Esq.
Nevada State Bar No. 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Info@1stoplawfirm.com
Attorney for Plaintiff
Kirby Spencer

Dated this 14th day of January, 2015.

LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Shannon G. Splaine
SHANNON G. SPLAINE, ESQ.
Nevada State Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169-5968
Telephone (702) 257-1997
Attorneys for Defendant
MRS BPO, LLC

Dated this 14th day of January, 2015.

SESSIONS, FISHMAN, NATHAN & ISRAEL

/s/ Samuel Ford
SAMUEL FORD, ESQ.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Attorneys for Defendant
MRS BPO, LLC

## ORDER

**IT IS SO ORDERED.**

**Dated this ____ day of _____, 2015.**

_____
**UNITED STATES MAGISTRATE JUDGE**

-4-