SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Telephone:	(702) 257-1997
Facsimile:	(702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant, MRS BPO, LLC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>MRS BPO, LLC, a foreign limited-liability Company doing business in Nevada,<br><br>    Defendant. | Case No. 2:14-cv-01833-MMD-GWF |

### DEFENDANT MRS BPO, LLC's MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES MRS BPO, LLC ("MRS"), through undersigned counsel, and files this Motion for Judgment on the Pleadings and supporting memorandum. MRS moves this Court to dismiss the Complaint filed by plaintiff, Kirby Spencer, ("Plaintiff") for failure to state a claim upon which relief can be granted.

This Court should dismiss plaintiff's claim because he fails to allege any facts to create a plausible inference that MRS used an automatic telephone dialing system or artificial or prerecorded voice, as required to state a claim under the TCPA.

///

///

///

///

WHEREFORE, Defendant, MRS BPO, LLC, requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

DATED this 10 day of March, 2015.

LINCOLN, GUSTAFSON & CERCOS, LLP

*Shan Splaine*

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169-5968
Attorneys for Defendant,
MRS BPO, LLC

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March, 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Craig K. Perry, Esq.
Craig K. Perry & Associates
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

v:\p-t\spencer_mrs\attorney notes\drafts\pleadings\20150310_mot_judgment.docx