**Exhibit "5"**



**PACER Case Locator**

All Court Types Party Search
Mon Mar 23 17:32:21 2015
189 records found

User:
Client:
Search: All Court Types Party Search Name monarch recovery All Courts Page: 1

## Bankruptcy Results

| Party Name | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Monarch Recovery Management, Inc. (cr) | txebke | 4:12-bk-42211 | 11 | 08/14/2012 | 10/30/2012 | Dismissed for Other Reason 10/01/2012 |
| 2 Monarch Recovery Management, Inc. (dft) | gambke | 5:14-ap-05023 | | 03/18/2014 | 06/03/2014 | Dismissed or Settled Without Entry of Judgment 05/19/2014 |
| 3 MONARCH RECOVERY MANAGEMENT INC (dft) | prbke | 3:13-ap-00003 | | 01/03/2013 | 06/19/2013 | Dismissed for Want of Prosecution |
| 4 MONARCH RECOVERY SERVICES (db) | mnbke | 4:96-bk-43419 | 7 | 05/30/1996 | 09/30/1996 | Standard Discharge 09/04/1996 |
| 5 Monarch Recovery Management Inc (cr) | ilsbke | 3:09-bk-31344 | 7 | 05/22/2009 | 05/24/2013 | Standard Discharge 11/15/2011 |
| 6 Monarch Recovery Management In (dft) | pambke | 1:10-ap-00340 | | 09/09/2010 | 04/12/2011 | Dismissed or Settled Without Entry of Judgment 04/12/2011 |
| 7 Monarch Recovery Management, Inc. (dft) | mabke | 4:12-ap-04051 | | 05/08/2012 | 12/28/2012 | Dismissed or Settled Without Entry of Judgment |

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 8 Monarch Recovery Management Inc (dft) | cacdce | 2:2011-cv-04492 | 480 | 05/25/2011 | 02/29/2012 |
| 9 MONARCH RECOVERY MANAGEMENT INC. (dft) | njdce | 3:2012-cv-07582 | 480 | 12/11/2012 | 02/19/2013 |
| 10 Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-00035 | 480 | 01/06/2011 | 06/29/2011 |
| 11 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2010-cv-61358 | 890 | 07/30/2010 | 09/30/2010 |
| 12 Monarch Recovery Management, Inc. (dft) | ilndce | 1:2014-cv-02006 | 480 | 03/21/2014 | 05/29/2014 |
| 13 Monarch Recovery Management, Inc. (dft) | mndce | 0:2010-cv-04564 | 480 | 11/16/2010 | 01/26/2011 |
| 14 Monarch Recovery Management, Inc. (dft) | nyedce | 1:2012-cv-03745 | 480 | 07/27/2012 | 08/29/2012 |
| 15 Monarch Recovery Management, Inc. (dft) | ohndce | 3:2013-cv-00317 | 890 | 02/12/2013 | 10/28/2013 |
| 16 Monarch Recovery Management, Inc. (dft) | pamdce | 1:2011-cv-02045 | 480 | 11/02/2011 | 05/09/2012 |
| 17 Monarch Recovery Mgmt (dft) | ctdce | 3:2009-cv-01517 | 480 | 09/25/2009 | 12/21/2009 |
| 18 Monarch Recovery Management (dft) | nyedce | 1:2011-cv-05317 | 890 | 11/01/2011 | 01/06/2012 |
| 19 Monarch Recovery Management Inc (dft) | inndce | 1:2014-cv-00334 | 480 | 10/23/2014 | |
| 20 Monarch Recovery Management, Inc. (dft) | caedce | 2:2011-cv-02589 | 480 | 09/29/2011 | 12/19/2011 |
| 21 Monarch Recovery Management, Inc. (dft) | flmdce | 6:2011-cv-01202 | 480 | 07/21/2011 | 01/23/2012 |
| 22 Monarch Recovery Management, Inc. (dft) | gandce | 1:2011-cv-01800 | 480 | 06/01/2011 | 11/15/2011 |
| 23 Monarch Recovery Management, Inc. (dft) | lamdce | 3:2011-cv-00116 | 480 | 03/01/2011 | 01/05/2012 |
| 24 MONARCH RECOVERY MANAGEMENT, INC. (dft) | njdce | 2:2011-cv-05624 | 480 | 09/28/2011 | 04/23/2012 |
| 25 Monarch Recovery Management, Inc. (dft) | nywdce | 6:2010-cv-06495 | 480 | 09/01/2010 | 12/17/2010 |
| 26 Monarch Recovery Management (dft) | flsdce | 1:2010-cv-22365 | 890 | 07/19/2010 | 09/16/2010 |
| 27 Monarch Recovery Management Inc (dft) | ilcdce | 1:2010-cv-01119 | 890 | 04/29/2010 | 04/07/2011 |
| 28 Monarch Recovery Management, Inc. (dft) | cacdce | 2:2010-cv-08560 | 480 | 11/10/2010 | 04/08/2011 |
| 29 Monarch Recovery Management, Inc. (dft) | flmdce | 6:2010-cv-01725 | 480 | 11/19/2010 | 03/07/2011 |
| 30 Monarch Recovery Management, Inc. (dft) | flsdce | 9:2012-cv-80480 | 480 | 05/02/2012 | 03/12/2013 |
| 31 MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2015-cv-00473 | 480 | 03/21/2015 | |
| 32 MONARCH RECOVERY MANAGEMENT, INC. (dft) | njdce | 1:2010-cv-02842 | 480 | 06/03/2010 | 10/14/2010 |
| 33 Monarch Recovery Management, Inc. (dft) | nysdce | 1:2011-cv-02617 | 890 | 04/15/2011 | 09/06/2011 |
| 34 Monarch Recovery Management (dft) | nyedce | 2:2012-cv-04921 | 480 | 10/03/2012 | 01/11/2013 |
| 35 Monarch Recovery Management Inc (dft) | nyedce | 1:2014-cv-06853 | 480 | 11/21/2014 | |
| 36 Monarch Recovery Management, Inc. (dft) | candce | 3:2010-cv-03869 | 890 | 08/30/2010 | 11/01/2010 |
| 37 Monarch Recovery Management, Inc. (dft) | flmdce | 8:2011-cv-02164 | 480 | 09/23/2011 | 03/07/2012 |
| 38 Monarch Recovery Management, Inc. (dft) | gandce | 1:2012-cv-02416 | 890 | 07/11/2012 | 01/09/2013 |
| 39 Monarch Recovery Management, Inc. (dft) | madce | 1:2012-cv-11427 | 480 | 08/02/2012 | 09/12/2012 |
| 40 MONARCH RECOVERY MANAGEMENT, INC. (dft) | njdce | 3:2014-cv-07202 | 480 | 11/17/2014 | |
| 41 Monarch Recovery Management, Inc. (dft) | nywdce | 6:2010-cv-06494 | 480 | 09/01/2010 | 04/20/2011 |
| 42 Monarch Recovery Management (dft) | nysdce | 7:2014-cv-00411 | 480 | 01/23/2014 | |
| 43 Monarch Recovery Management Inc (dft) | nyedce | 1:2015-cv-01071 | 480 | 03/02/2015 | |
| 44 Monarch Recovery Management, Inc. (dft) | candce | 5:2015-cv-00003 | 480 | 01/02/2015 | 03/11/2015 |
| 45 Monarch Recovery Management, Inc. (dft) | flmdce | 3:2012-cv-00640 | 480 | 06/04/2012 | 06/25/2012 |
| 46 Monarch Recovery Management, Inc. (dft) | gandce | 1:2014-cv-00893 | 480 | 03/27/2014 | 05/15/2014 |
| 47 Monarch Recovery Management, Inc. (dft) | mddce | 1:2011-cv-02824 | 890 | 10/03/2011 | 10/08/2013 |
| 48 Monarch Recovery Management, Inc. (dft) | nmdce | 2:2010-cv-00625 | 890 | 06/30/2010 | 02/14/2011 |
| 49 Monarch Recovery Management, Inc. (dft) | nywdce | 1:2011-cv-00404 | 480 | 05/11/2011 | 01/19/2012 |
| 50 MONARCH RECOVERY (dft) | ncmdce | 1:2013-cv-00589 | 480 | 07/18/2013 | 12/09/2014 |
| 51 Monarch Recovery Management Inc (dft) | cacdce | 2:2011-cv-07169 | 480 | 08/30/2011 | 05/03/2012 |
| 52 Monarch Recovery Management Incorporated (dft) | azdce | 2:2013-cv-00541 | 890 | 03/14/2013 | 06/26/2013 |
| 53 Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-01446 | 480 | 06/02/2011 | 09/26/2011 |
| 54 Monarch Recovery Management, Inc. (dft) | flsdce | 1:2011-cv-20669 | 480 | 02/26/2011 | 04/18/2011 |

Receipt 03/23/2015 17:32:22 154899282
User Amazza1960
Client



**All Court Types Party Search**
Mon Mar 23 17:32:21 2015
189 records found

User: [redacted]
Client:
Search: All Court Types Party Search Name monarch recovery All Courts Page: 2

## Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 55 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2010-cv-00730 | 890 | 06/11/2010 | 08/02/2010 |
| 56 | Monarch Recovery Management, Inc. (dft) | mndce | 0:2012-cv-01082 | 480 | 05/02/2012 | 08/31/2012 |
| 57 | Monarch Recovery Management, Inc. (dft) | nyedce | 1:2013-cv-02428 | 480 | 04/22/2013 | 09/16/2013 |
| 58 | Monarch Recovery Holdings Incorporated (dft) | azdce | 3:2013-cv-08090 | 480 | 04/16/2013 | 01/08/2014 |
| 59 | Monarch Recovery Management Inc (dft) | cacdce | 8:2013-cv-00899 | 480 | 06/13/2013 | 10/29/2013 |
| 60 | MONARCH RECOVERY MANAGEMENT SYSTEM, INC. (dft) | njdce | 2:2012-cv-06689 | 480 | 10/23/2012 | 06/10/2013 |
| 61 | Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-01905 | 480 | 07/21/2011 | 11/03/2011 |
| 62 | Monarch Recovery Management, Inc. (dft) | flsdce | 0:2011-cv-60572 | 480 | 03/16/2011 | 06/08/2011 |
| 63 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2012-cv-00083 | 480 | 01/20/2012 | 04/23/2012 |
| 64 | Monarch Recovery Management, Inc. (dft) | moedce | 4:2012-cv-01229 | 890 | 07/10/2012 | 06/20/2013 |
| 65 | Monarch Recovery Management, Inc. (dft) | nyedce | 2:2013-cv-03790 | 480 | 07/08/2013 | 02/27/2014 |
| 66 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2013-cv-02558 | 890 | 05/09/2013 | 08/15/2013 |
| 67 | Monarch Recovery Management, Inc. (dft) | ridce | 1:2014-cv-00255 | 480 | 06/05/2014 | 11/17/2014 |
| 68 | Monarch Recovery Management (dft) | flsdce | 1:2012-cv-21446 | 480 | 04/17/2012 | 08/31/2012 |
| 69 | Monarch Recovery Management Inc (dft) | ilcdce | 2:2011-cv-02067 | 480 | 03/04/2011 | 03/09/2011 |
| 70 | Monarch Recovery Management, Inc. (dft) | cacdce | 5:2014-cv-01081 | 480 | 05/29/2014 | 09/24/2014 |
| 71 | Monarch Recovery Management, Inc. (dft) | flmdce | 6:2010-cv-01848 | 480 | 12/10/2010 | 03/18/2011 |
| 72 | Monarch Recovery Management, Inc. (dft) | flsdce | 0:2012-cv-61607 | 480 | 08/20/2012 | 10/01/2012 |
| 73 | Monarch Recovery Management, Inc. (dft) | ksdce | 2:2010-cv-02651 | 480 | 12/06/2010 | 03/02/2011 |
| 74 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | njdce | 2:2011-cv-03661 | 480 | 06/24/2011 | 03/29/2012 |
| 75 | Monarch Recovery Management, Inc. (dft) | nysdce | 1:2012-cv-00715 | 890 | 01/27/2012 | 05/21/2012 |
| 76 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-07346 | 890 | 12/30/2014 | |
| 77 | Monarch Recovery Management, Inc. (dft) | txsdce | 6:2011-cv-00053 | 480 | 09/29/2011 | 01/19/2012 |
| 78 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2011-cv-02738 | 480 | 04/25/2011 | 09/30/2011 |
| 79 | Monarch Recovery Management, Inc. (dft) | pamdce | 3:2013-cv-02254 | 480 | 08/28/2013 | 10/15/2013 |
| 80 | Monarch Recovery Management Inc (dft) | cacdce | 2:2011-cv-05768 | 480 | 07/13/2011 | 06/06/2012 |
| 81 | MONARCH RECOVERY MANAGEMENT INC. (dft) | paedce | 2:2013-cv-03594 | 480 | 06/24/2013 | 07/12/2013 |
| 82 | Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-00863 | 480 | 04/04/2011 | 08/10/2011 |
| 83 | Monarch Recovery Management, Inc. (dft) | flsdce | 0:2010-cv-61445 | 480 | 08/11/2010 | 09/29/2010 |
| 84 | Monarch Recovery Management, Inc. (dft) | ilndce | 1:2014-cv-10059 | 480 | 12/15/2014 | |
| 85 | Monarch Recovery Management, Inc. (dft) | mndce | 0:2012-cv-00134 | 480 | 01/17/2012 | 06/29/2012 |
| 86 | Monarch Recovery Management, Inc. (dft) | nyedce | 1:2012-cv-03885 | 480 | 08/03/2012 | 01/28/2013 |
| 87 | Monarch Recovery Management, Inc. (dft) | ordce | 3:2013-cv-01102 | 890 | 07/01/2013 | 09/23/2013 |
| 88 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-05826 | 480 | 10/14/2014 | 12/01/2014 |
| 89 | Monarch Recovery Management, Inc. (dft) | txsdce | 4:2010-cv-04898 | 480 | 12/08/2010 | 03/18/2011 |
| 90 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2015-cv-01054 | 890 | 02/27/2015 | |
| 91 | Monarch Recovery Management, Inc. (dft) | txwdce | 1:2011-cv-00390 | 480 | 05/11/2011 | 12/19/2011 |
| 92 | Monarch Recovery Management Inc (dft) | cacdce | 8:2011-cv-00377 | 480 | 03/07/2011 | 10/31/2011 |
| 93 | Monarch Recovery Management Inc (dft) | wiedce | 2:2014-cv-00898 | 480 | 07/29/2014 | 11/12/2014 |
| 94 | Monarch Recovery Management Inc (dft) | codce | 1:2010-cv-01776 | 480 | 07/27/2010 | 11/15/2010 |
| 95 | Monarch Recovery Management, Inc. (dft) | flmdce | 3:2014-cv-00194 | 480 | 02/18/2014 | 06/17/2014 |
| 96 | Monarch Recovery Management, Inc. (dft) | ilndce | 1:2013-cv-02997 | 480 | 04/22/2013 | 11/05/2013 |
| 97 | Monarch Recovery Management, Inc. (dft) | miwdce | 1:2015-cv-00024 | 480 | 01/09/2015 | 03/09/2015 |
| 98 | Monarch Recovery Management, Inc. (dft) | nyedce | 2:2012-cv-01619 | 480 | 04/03/2012 | 09/20/2012 |
| 99 | Monarch Recovery Management, Inc. (dft) | ohndce | 1:2011-cv-02473 | 890 | 11/14/2011 | 01/05/2012 |
| 100 | Monarch Recovery Management, Inc. (dft) | pamdce | 4:2011-cv-02084 | 890 | 11/07/2011 | 02/21/2012 |
| 101 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-01065 | 480 | 02/21/2014 | 10/16/2014 |
| 102 | Monarch Recovery Management, Inc. (dft) | tnmdce | 3:2015-cv-00052 | 480 | 01/16/2015 | |
| 103 | Monarch Recovery Management Inc (dft) | cacdce | 2:2011-cv-01825 | 480 | 03/03/2011 | 05/12/2011 |
| 104 | Monarch Recovery Management Inc. (dft) | madce | 1:2010-cv-10901 | 480 | 06/01/2010 | 07/27/2010 |
| 105 | Monarch Recovery Management, Inc. (dft) | codce | 1:2010-cv-02775 | 480 | 11/12/2010 | 02/22/2011 |
| 106 | Monarch Recovery Management, Inc. (dft) | flsdce | 0:2010-cv-61002 | 890 | 06/11/2010 | 05/24/2011 |
| 107 | Monarch Recovery Management, Inc. (dft) | ilndce | 1:2013-cv-05694 | 890 | 08/09/2013 | |
| 108 | Monarch Recovery Management, Inc. (dft) | mndce | 0:2010-cv-03083 | 480 | 07/22/2010 | 11/23/2010 |

Receipt 03/23/2015 18:01:42 154907012
User A[redacted]
Client
Description All Court Types Party Search
Name monarch recovery All Courts Page: 2
Pages 1 ($0.10)



**PACER Case Locator**

All Court Types Party Search
Mon Mar 23 18:32:14 2015
189 records found

User: [redacted]
Client:
Search: All Court Types Party Search Name monarch recovery All Courts Page: 3

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 109 Monarch Recovery Holdings, Inc. (dft) | moedce | 4:2013-cv-00834 | 890 | 05/01/2013 | 12/03/2013 |
| 110 MONARCH RECOVERY MANAGEMENT INC (dft) | flndce | 3:2010-cv-00105 | 480 | 04/07/2010 | 01/26/2011 |
| 111 Monarch Recovery Management, Inc. (bkmov) | cacdce | 2:2014-cv-07737 | 480 | 10/06/2014 | 10/14/2014 |
| 112 Monarch Recovery Management, Inc. (dft) | codce | 1:2014-cv-00829 | 480 | 03/20/2014 | 06/16/2014 |
| 113 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2011-cv-62351 | 480 | 11/01/2011 | 08/01/2012 |
| 114 MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2015-cv-00356 | 480 | 03/02/2015 | |
| 115 Monarch Recovery Management, Inc. (dft) | ncwdce | 5:2010-cv-00029 | 890 | 03/05/2010 | 04/12/2011 |
| 116 Monarch Recovery Management, Inc. (dft) | nysdce | 1:2010-cv-08126 | 480 | 10/26/2010 | 06/02/2011 |
| 117 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-05826 | 480 | 10/14/2014 | 12/01/2014 |
| 118 Monarch Recovery Management, Inc. (dft) | txsdce | 4:2010-cv-04898 | 480 | 12/08/2010 | 03/18/2011 |
| 119 Monarch Recovery Holdings, Inc. (dft) | moedce | 4:2011-cv-02065 | 890 | 11/28/2011 | 01/23/2012 |
| 120 Monarch Recovery Management Inc (dft) | cacdce | 8:2014-cv-01624 | 480 | 10/07/2014 | |
| 121 Monarch Recovery Management, Inc (dft) | flsdce | 1:2011-cv-23021 | 480 | 08/22/2011 | 08/02/2012 |
| 122 Monarch Recovery Management, Inc. (dft) | codce | 1:2013-cv-02804 | 480 | 10/14/2013 | 02/06/2014 |
| 123 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2011-cv-61699 | 890 | 07/29/2011 | 01/31/2012 |
| 124 MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2014-cv-01504 | 480 | 09/15/2014 | 12/08/2014 |
| 125 Monarch Recovery Management, Inc. (dft) | mowdce | 4:2014-cv-00363 | 480 | 04/24/2014 | 08/12/2014 |
| 126 Monarch Recovery Management, Inc. (dft) | nyndce | 7:2010-cv-01288 | 480 | 10/26/2010 | 05/04/2011 |
| 127 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2011-cv-02738 | 480 | 04/25/2011 | 09/30/2011 |
| 128 Monarch Recovery Management, Inc. (dft) | pamdce | 3:2013-cv-02254 | 480 | 08/28/2013 | 10/15/2013 |
| 129 Monarch Recovery Management (dft) | flsdce | 1:2012-cv-21446 | 480 | 04/17/2012 | 08/31/2012 |
| 130 Monarch Recovery Management Inc (dft) | ilcdce | 2:2011-cv-02067 | 480 | 03/04/2011 | 03/09/2011 |
| 131 Monarch Recovery Management, Inc. (dft) | cacdce | 5:2014-cv-01081 | 480 | 05/29/2014 | 09/24/2014 |
| 132 Monarch Recovery Management, Inc. (dft) | flmdce | 6:2010-cv-01848 | 480 | 12/10/2010 | 03/18/2011 |
| 133 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2012-cv-61607 | 480 | 08/20/2012 | 10/01/2012 |
| 134 Monarch Recovery Management, Inc. (dft) | ksdce | 2:2010-cv-02651 | 480 | 12/06/2010 | 03/02/2011 |
| 135 MONARCH RECOVERY MANAGEMENT, INC. (dft) | njdce | 2:2011-cv-03661 | 480 | 06/24/2011 | 03/29/2012 |
| 136 Monarch Recovery Management, Inc. (dft) | nysdce | 1:2012-cv-00715 | 890 | 01/27/2012 | 05/21/2012 |
| 137 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-05230 | 480 | 09/11/2014 | 10/02/2014 |
| 138 Monarch Recovery Management, Inc. (dft) | txndce | 4:2012-cv-00022 | 890 | 01/11/2012 | 02/29/2012 |
| 139 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2012-cv-04312 | 480 | 07/30/2012 | 05/03/2013 |
| 140 Monarch Recovery Management, Inc. (dft) | ridce | 1:2014-cv-00088 | 480 | 02/14/2014 | 11/17/2014 |
| 141 Monarch Recovery Management, Inc. (dft) | pamdce | 4:2011-cv-02034 | 890 | 11/01/2011 | 07/20/2012 |
| 142 Monarch Recovery Managment Inc (dft) | cacdce | 2:2011-cv-06372 | 480 | 08/03/2011 | 05/16/2012 |
| 143 Monarch Recovery (dft) | cacdce | 8:2014-cv-01624 | 480 | 10/07/2014 | |
| 144 Monarch Recovery Management Inc (dft) | cacdce | 2:2011-cv-06717 | 480 | 08/16/2011 | 05/08/2012 |
| 145 Monarch Recovery Management Incorporated (dft) | azdce | 2:2011-cv-01674 | 890 | 08/25/2011 | 02/03/2012 |
| 146 Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-01426 | 480 | 06/01/2011 | 11/04/2011 |
| 147 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2011-cv-60344 | 480 | 02/16/2011 | 05/17/2011 |
| 148 Monarch Recovery Management, Inc. (dft) | ilsdce | 3:2013-cv-00472 | 370 | 05/17/2013 | 10/02/2013 |
| 149 Monarch Recovery Management, Inc. (dft) | mndce | 0:2012-cv-00167 | 480 | 01/20/2012 | 07/18/2013 |
| 150 Monarch Recovery Management, Inc. (dft) | nyedce | 1:2013-cv-00762 | 480 | 02/11/2013 | 11/14/2013 |
| 151 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2011-cv-05414 | 890 | 08/29/2011 | 10/03/2011 |
| 152 Monarch Recovery Management, Inc. (dft) | ridce | 1:2013-cv-00396 | 480 | 05/29/2013 | 05/20/2014 |
| 153 Monarch Recovery Holdings Incorporated (dft) | azdce | 3:2013-cv-08090 | 480 | 04/16/2013 | 01/08/2014 |
| 154 Monarch Recovery Management Inc (dft) | cacdce | 8:2013-cv-00899 | 480 | 06/13/2013 | 10/29/2013 |
| 155 MONARCH RECOVERY MANAGEMENT SYSTEM, INC. (dft) | njdce | 2:2012-cv-06689 | 480 | 10/23/2012 | 06/10/2013 |
| 156 Monarch Recovery Management, Inc. (dft) | codce | 1:2011-cv-01905 | 480 | 07/21/2011 | 11/03/2011 |
| 157 Monarch Recovery Management, Inc. (dft) | flsdce | 0:2011-cv-60572 | 480 | 03/16/2011 | 06/08/2011 |
| 158 MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2012-cv-00083 | 480 | 01/20/2012 | 04/23/2012 |
| 159 Monarch Recovery Management, Inc. (dft) | moedce | 4:2012-cv-01229 | 890 | 07/10/2012 | 06/20/2013 |
| 160 Monarch Recovery Management, Inc. (dft) | nyedce | 2:2013-cv-03790 | 480 | 07/08/2013 | 02/27/2014 |
| 161 MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2014-cv-01065 | 480 | 02/21/2014 | 10/16/2014 |
| 162 Monarch Recovery Management, Inc. (dft) | tnmdce | 3:2015-cv-00052 | 480 | 01/16/2015 | |

Receipt 03/23/2015 18:32:19 154913187
User [redacted]
Client
Description All Court Types Party Search
Name monarch recovery All Courts Page: 3
Pages 1 ($0.10)



**All Court Types Party Search**
Mon Mar 23 18:32:14 2015
189 records found

User:
Client:
Search: All Court Types Party Search Name monarch recovery All Courts Page: 4

## Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 163 | Monarch Recovery Holdings, Inc (dft) | nysdce | 7:2012-cv-09219 | 890 | 12/18/2012 | 09/23/2013 |
| 164 | Monarch Recovery Management Inc (dft) | cacdce | 8:2013-cv-01777 | 480 | 11/08/2013 | 01/07/2014 |
| 165 | Monarch Recovery Management, Inc (dft) | ctdce | 3:2010-cv-01405 | 890 | 09/03/2010 | 04/20/2011 |
| 166 | Monarch Recovery Management, Inc. (dft) | codce | 1:2012-cv-00853 | 480 | 04/03/2012 | 01/25/2013 |
| 167 | Monarch Recovery Management, Inc. (dft) | flsdce | 2:2011-cv-14225 | 890 | 06/28/2011 | 12/28/2011 |
| 168 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | insdce | 1:2013-cv-00418 | 890 | 03/13/2013 | |
| 169 | Monarch Recovery Management, Inc. (dft) | moedce | 4:2013-cv-00649 | 890 | 04/05/2013 | 04/24/2014 |
| 170 | Monarch Recovery Management, Inc. (dft) | nyedce | 1:2014-cv-06539 | 480 | 11/05/2014 | 12/16/2014 |
| 171 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2010-cv-05767 | 480 | 10/29/2010 | 01/21/2011 |
| 172 | Monarch Recovery Management, Inc. (dft) | pamdce | 3:2012-cv-01085 | 480 | 06/07/2012 | 07/19/2012 |
| 173 | Monarch Recovery Management (dft) | nywdce | 1:2010-cv-00467 | 440 | 06/08/2010 | 12/02/2011 |
| 174 | Monarch Recovery Management Inc (dft) | wiedce | 2:2013-cv-00381 | 480 | 04/04/2013 | 06/04/2013 |
| 175 | Monarch Recovery Management, Inc. (dft) | casdce | 3:2013-cv-01774 | 890 | 07/30/2013 | 12/06/2013 |
| 176 | Monarch Recovery Management, Inc. (dft) | flmdce | 3:2012-cv-00840 | 480 | 07/24/2012 | 06/04/2013 |
| 177 | Monarch Recovery Management, Inc. (dft) | ilcdce | 1:2010-cv-01192 | 480 | 06/16/2010 | 11/12/2010 |
| 178 | Monarch Recovery Management, Inc. (dft) | miedce | 1:2011-cv-13532 | 480 | 08/12/2011 | 11/10/2011 |
| 179 | Monarch Recovery Management, Inc. (dft) | nvdce | 2:2014-cv-01478 | 480 | 09/12/2014 | 02/10/2015 |
| 180 | Monarch Recovery Management, Inc. (dft) | nywdce | 1:2012-cv-00582 | 480 | 06/20/2012 | 08/16/2012 |
| 181 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 5:2011-cv-04322 | 480 | 07/05/2011 | 12/27/2012 |
| 182 | Monarch Recovery Management, Inc. (dft) | pamdce | 3:2015-cv-00401 | 480 | 02/25/2015 | |
| 183 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | paedce | 2:2011-cv-04552 | 480 | 07/19/2011 | 10/11/2011 |
| 184 | MONARCH RECOVERY MANAGEMENT, INC. (dft) | pawdce | 2:2013-cv-00776 | 480 | 06/06/2013 | 03/14/2014 |
| 185 | MONARCH RECOVERY MANAGEMENT, INC. (unrep) | paedce | 2:2014-cv-07346 | 890 | 12/30/2014 | |
| 186 | Monarch Recovery Management, Inc. (dft) | txwdce | 5:2013-cv-00055 | 890 | 01/21/2013 | 09/27/2013 |

## Appellate Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 187 | Monarch Recovery Management (pty) | 02cae | 12-0047 | 3440 | 01/03/2012 | 04/03/2012 |
| 188 | Monarch Recovery Management, Inc. (pty) | 04cae | 13-2358 | 3890 | 11/05/2013 | 10/02/2014 |
| 189 | Monarch Recovery Management, Inc. (pty) | 11cae | 13-11620 | 3480 | 04/15/2013 | 06/17/2013 |

Receipt 03/23/2015 18:32:47 154913271
User
Client
Description All Court Types Party Search
Name monarch recovery All Courts Page: 4
Pages 1 ($0.10)