1    **SHANNON G. SPLAINE, ESQ.**
     Nevada Bar No. 8241
2    **LINCOLN, GUSTAFSON & CERCOS, LLP**
     *ATTORNEYS AT LAW*
3    3960 Howard Hughes Parkway
     Suite 200
4    Las Vegas, Nevada 89169-5968
     Telephone:    (702) 257-1997
5    Facsimile:     (702) 257-2203
     ssplaine@lgclawoffice.com
6

7    Attorneys for Defendant, MRS BPO, LLC

8                 UNITED STATES DISTRICT COURT

9                   CLARK COUNTY, NEVADA

10    KIRBY SPENCER,                    Case No. 2:14-cv-01833-MMD-GWF

11         Plaintiff,

12    v.

13    MRS BPO, LLC, a foreign limited-liability
     Company doing business in Nevada,
14

15         Defendant.

16

17           **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

18         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kirby Spencer, and Defendant, MRS

19    BPO, LLC, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims, with each side

20    to bear its own fees and costs.

21         Dated: April 6, 2015.

22    /s/ Craig K. Perry

23    Craig K. Perry, Esq.                     Shannon G. Splaine, Esq.
     Craig K. Perry & Associates           Lincoln, Gustafson & Cercos, LLP
24    7795 West Sahara Avenue, Suite 101     3960 Howard Hughes Parkway, Suite 200
     Las Vegas, Nevada 89117            Las Vegas, NV 89169
25    Telephone: (702) 228-4777          Telephone: (702) 257-1997
     Facsimile: (702) 943-7520           Facsimile: (702) 257-2203
26    Email: craig@craigperry.com        Email: ssplaine@lgclawoffice.com
     Attorney for Plaintiff,              Attorney for Defendant,
27    Kirby Spencer                    MRS BPO, LLC

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 6th day of April, 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Craig K. Perry, Esq.
Craig K. Perry & Associates
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

v:\p-t\spencer_mrs\attorney notes\drafts\pleadings\20150406_sodw.docx

-2-