**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant, MRS BPO, LLC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KIRBY SPENCER,<br><br>       Plaintiff,<br><br>v.<br><br>MRS BPO, LLC, a foreign limited-liability Company doing business in Nevada,<br><br>       Defendant. | Case No. 2:14-cv-01833-MMD-GWF |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kirby Spencer, and Defendant, MRS BPO, LLC, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims, with each side to bear its own fees and costs.

Dated: April 6, 2015.

/s/ Craig K. Perry

| | |
|---|---|
| Craig K. Perry, Esq.<br>Craig K. Perry & Associates<br>7795 West Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br>Telephone: (702) 228-4777<br>Facsimile: (702) 943-7520<br>Email: craig@craigperry.com<br>Attorney for Plaintiff,<br>Kirby Spencer | Shannon G. Splaine, Esq.<br>Lincoln, Gustafson & Cercos, LLP<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 257-1997<br>Facsimile: (702) 257-2203<br>Email: ssplaine@lgclawoffice.com<br>Attorney for Defendant,<br>MRS BPO, LLC |

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of April, 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Craig K. Perry, Esq.
Craig K. Perry & Associates
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

_____
Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

v:\p-t\spencer_mrs\attorney notes\drafts\pleadings\20150406_sodw.docx

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: April 6, 2015

-2-